United States Bankruptcy Court
District of Connecticut

Berman,
    Plaintiff

Pavano,
    Defendant

Adv. Proc. No. 11-02071-jam

# CERTIFICATE OF NOTICE

District/off: 0205-2      User: pesposito      Page 1 of 2
Date Rcvd: Sep 17, 2021      Form ID: 112      Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Alfred Fincher, 3029 NE 188 St., Apt. 408, Miami, FL 33180-2993 |
| dft | + | Anthony DeGennaro, as trustee of Extra Inning Dyna, 92 Ladyslipper Lane, Southington, CT 06489-1083 |
| dft | + | Carl Pavano, 110 Playa Rienta Way, West Palm Beach Gardens, FL 33418-6210 |
| pla | + | James Berman, Zeisler & Zeisler, 10 Middle Street, 15th Floor, Bridgeport, CT 06604-4299 |
| dft | + | Kinsale Group LLC, 8374 Market Street # 236, Bradenton, FL 34202-5137 |
| mpp | + | Lawrence J. Marks, Trustee, 9C Pasco Drive, East Windsor, CT 06088-1707 |
| dft | + | Melanie Custer, 7527 Rigby Court, Bradenton, FL 34202-2454 |
| dft | + | Richard Polidori, 3777 NE 7th Drive, Boca Raton, FL 33431-6123 |
| dft | + | Roland LaBonte, 195 Ragatta Drive, Admirals Cove, Jupiter, FL 33477-4012 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Scott A. LaBonte |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 19, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:

**Name**      **Email Address**

Anthony J. Natale

District/off: 0205-2　　　　　　　　　　　　User: pesposito　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Sep 17, 2021　　　　　　　　　　Form ID: 112　　　　　　　　　　　　Total Noticed: 9

　　　　　　　　　　　　　　on behalf of Miscellaneous Proceeding Party Lawrence J. Marks  Trustee anatale@natalelawfirm.com

David M.S. Shaiken
　　　　　　　　　　　　　　on behalf of Interested Party Scott A. LaBonte david@shipmanlawct.com

James M. Moriarty
　　　　　　　　　　　　　　on behalf of Plaintiff James Berman jmoriarty@zeislaw.com  kjoseph@zeislaw.com

Jed Horwitt
　　　　　　　　　　　　　　on behalf of Plaintiff James Berman jhorwitt@zeislaw.com  kjoseph@zeislaw.com

John L. Cesaroni
　　　　　　　　　　　　　　on behalf of Plaintiff James Berman jcesaroni@zeislaw.com

Mark H. Dean
　　　　　　　　　　　　　　on behalf of Defendant Roland LaBonte mdean@mhdpc.net

Patrick R. Linsey
　　　　　　　　　　　　　　on behalf of Plaintiff James Berman plinsey@npmlaw.com  agarcia@npmlaw.com

Ross G. Fingold
　　　　　　　　　　　　　　on behalf of Defendant Richard Polidori rfingold@lawssf.com

Stephen M. Kindseth
　　　　　　　　　　　　　　on behalf of Plaintiff James Berman skindseth@zeislaw.com  swenthen@zeislaw.com;kjoseph@zeislaw.com

Timothy D. Miltenberger
　　　　　　　　　　　　　　on behalf of Defendant Carl Pavano tmiltenberger@coanlewendon.com

TOTAL: 10

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
September 17, 2021

In re:
    Michael S. Goldberg, L.L.C and Michael S. Goldberg
                               Debtor*

Case Number: 09−23370 jam
Chapter: 7

James Berman et al.
                          Plaintiff(s)
v.
Carl Pavano et al.
                          Defendant(s)

Adversary Proceeding
No.: 11−02071 jam

### NOTICE OF CONTINUED HEARING

**PLEASE TAKE NOTICE** that a hearing will be held remotely using the ZoomGov platform pursuant to the Court's General Order #4 Regarding Court Operations under the Exigent Circumstances Created by COVID−19, and is scheduled in the above captioned case to be held on **December 14, 2021** at **12:00 PM** to consider and act upon the following matter(s):

    **Motion for Protective Order Filed by Mark H. Dean on behalf of Roland LaBonte, Defendant. (Re: Doc #248)**

    **Motion for Protective Order Regarding Post Judgment Subpoenas Filed by Mark H. Dean on behalf of Roland LaBonte, Defendant. (Re: Doc #252)**

    **Motion for Protective Order and Motion to Quash Filed by Anthony J. Natale on behalf of Lawrence J. Marks, Trustee, Miscellaneous Proceeding Party. (Re: Doc #253)**

    **Motion to Quash Subpoenas and for Protective Order Filed by Anthony J. Natale on behalf of Lawrence J. Marks, Trustee, Miscellaneous Proceeding Party. (Re: Doc #254)**

**TO THE FILING PARTY:** If you or your attorney fail to participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

**See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**

**Important Policy Notice to the Bar, Public, and Media**

Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073−1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen−shots or any other audio or video reproduction).

A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

**ZOOMGOV REMOTE HEARING INFORMATION FOR PARTICIPANTS :**

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (203)579−5808 for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING−LISTEN ONLY**: If you are **not a Remote Hearing Participant** but would like to listen to the hearing, please use the court hearing conference line at 1−877−336−1274 and input the Access Code: 1077800 when prompted.

For further instruction and best practices for appearing remotely utilizing ZoomGov, please find the ZoomGov Guide for Participants on our website at www.ctb.uscourts.gov.

Dated: September 17, 2021

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − pe