United States Bankruptcy Court
District of Connecticut

Berman,
    Plaintiff

Pavano,
    Defendant

Adv. Proc. No. 11-02071-jam

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0205-2 | User: pesposito | Page 1 of 2 |
| Date Rcvd: Sep 17, 2021 | Form ID: pdfdoc2 | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | U. S. Trustee Region 1, Office of The United States Trustee, 446 Main Street, 14th Floor, Worcester, MA 01608-2361 |
| dft | + | Alfred Fincher, 3029 NE 188 St., Apt. 408, Miami, FL 33180-2993 |
| dft | + | Anthony DeGennaro, as trustee of Extra Inning Dyna, 92 Ladyslipper Lane, Southington, CT 06489-1083 |
| dft | + | Carl Pavano, 110 Playa Rienta Way, West Palm Beach Gardens, FL 33418-6210 |
| pla | + | James Berman, Zeisler & Zeisler, 10 Middle Street, 15th Floor, Bridgeport, CT 06604-4299 |
| dft | + | Kinsale Group LLC, 8374 Market Street # 236, Bradenton, FL 34202-5137 |
| mpp | + | Lawrence J. Marks, Trustee, 9C Pasco Drive, East Windsor, CT 06088-1707 |
| dft | + | Melanie Custer, 7527 Rigby Court, Bradenton, FL 34202-2454 |
| dft | + | Richard Polidori, 3777 NE 7th Drive, Boca Raton, FL 33431-6123 |
| dft | + | Roland LaBonte, 195 Ragatta Drive, Admirals Cove, Jupiter, FL 33477-4012 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion02.nh.ecf@usdoj.gov | Sep 17 2021 18:22:00 | U. S. Trustee, Office of the U.S. Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Scott A. LaBonte |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 19, 2021          Signature:      /s/Joseph Speetjens

District/off: 0205-2　　　　　　　　　　　User: pesposito　　　　　　　　　　　Page 2 of 2
Date Rcvd: Sep 17, 2021　　　　　　　　Form ID: pdfdoc2　　　　　　　　　Total Noticed: 11

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony J. Natale | on behalf of Miscellaneous Proceeding Party Lawrence J. Marks  Trustee anatale@natalelawfirm.com |
| David M.S. Shaiken | on behalf of Interested Party Scott A. LaBonte david@shipmanlawct.com |
| James M. Moriarty | on behalf of Plaintiff James Berman jmoriarty@zeislaw.com  kjoseph@zeislaw.com |
| Jed Horwitt | on behalf of Plaintiff James Berman jhorwitt@zeislaw.com  kjoseph@zeislaw.com |
| John L. Cesaroni | on behalf of Plaintiff James Berman jcesaroni@zeislaw.com |
| Mark H. Dean | on behalf of Defendant Roland LaBonte mdean@mhdpc.net |
| Patrick R. Linsey | on behalf of Plaintiff James Berman plinsey@npmlaw.com  agarcia@npmlaw.com |
| Ross G. Fingold | on behalf of Defendant Richard Polidori rfingold@lawssf.com |
| Stephen M. Kindseth | on behalf of Plaintiff James Berman skindseth@zeislaw.com  swenthen@zeislaw.com;kjoseph@zeislaw.com |
| Timothy D. Miltenberger | on behalf of Defendant Carl Pavano tmiltenberger@coanlewendon.com |

TOTAL: 10

[11-02071 Berman et al v. Pavano et al](#)

Type: ap  Office: 2 (Hartford)  Judge: jam
Lead Case: 2-09-bk-23370  Case Flag: EXHIBITS

# U.S. Bankruptcy Court

# District of Connecticut

Notice of Electronic Filing

The following transaction was received from Esposito, Pamela entered on 9/17/2021 at 9:52 AM EDT and filed on 9/17/2021
**Case Name:** Berman et al v. Pavano et al
**Case Number:** [11-02071](#)
**Document Number:** 287

**Docket Text:**
**ORDER GRANTING MOTION TO CONTINUE HEARING.** The Motion to Continue Hearing, ECF No. [286], is **GRANTED.** The hearings scheduled for September 21, 2021 on the Motion for Protective Order, ECF No. [248], Motion for Protective Order, ECF No. [252], Motion to Quash Subpoena and for Protective Order, ECF No. [253] and Motion to Quash Subpoena and for Protective Order, ECF No. [254], are continued to December 14, 2021, 2021 at 12:00 P.M. A Notice of Continued Hearing will be issued. Signed by Chief Judge Julie A. Manning on September 17, 2021. (Esposito, Pamela)

The following document(s) are associated with this transaction:

**11-02071 Notice will be electronically mailed to:**

John L. Cesaroni on behalf of Plaintiff James Berman
jcesaroni@zeislaw.com

Mark H. Dean on behalf of Defendant Roland LaBonte
mdean@mhdpc.net

Ross G. Fingold on behalf of Defendant Richard Polidori
rfingold@lawssf.com

Jed Horwitt on behalf of Plaintiff James Berman
jhorwitt@zeislaw.com, kjoseph@zeislaw.com

Stephen M. Kindseth on behalf of Plaintiff James Berman
skindseth@zeislaw.com, swenthen@zeislaw.com;kjoseph@zeislaw.com

Patrick R. Linsey on behalf of Plaintiff James Berman
plinsey@npmlaw.com, agarcia@npmlaw.com

Timothy D. Miltenberger on behalf of Defendant Carl Pavano
tmiltenberger@coanlewendon.com

James M. Moriarty on behalf of Plaintiff James Berman
jmoriarty@zeislaw.com, kjoseph@zeislaw.com

Anthony J. Natale on behalf of Miscellaneous Proceeding Party Lawrence J. Marks, Trustee
anatale@natalelawfirm.com

David M.S. Shaiken on behalf of Interested Party Scott A. LaBonte
david@shipmanlawct.com

**11-02071 Notice will not be electronically mailed to:**

Anthony DeGennaro, as trustee of Extra Inning Dynasty Trust
92 Ladyslipper Lane
Southington, CT 06489

Melanie Custer
7527 Rigby Court
Bradenton, FL 34202

Alfred Fincher
3029 NE 188 St., Apt. 408
Miami, FL 33180

Kinsale Group LLC
8374 Market Street # 236
Bradenton, FL 34202